UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RANDALL MCPHERSON,

                         Plaintiff,                    07 Civ. 7426 (RMB) (FM)

      -against-

THE CITY OF NEW YORK,

                        Defendant.
------------------------------------------------------------X

**Richard M. Berman, U.S.D.J.:**

      Based on Plaintiff's counsel having advised the Court that this action has been discontinued it is hereby

      **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued with prejudice. The conference scheduled for September 28, 2007 at 9:30 a.m. is hereby vacated.

Dated: New York, New York
         August 30, 2007

                                                _/s/ Richard M. Berman_
                                    Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/07