FRIEDMAN & JAMES LLP
Attorneys for Plaintiff
132 Nassau Street
New York, New York 10038
(212) 233-9385
BF-9219

**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

RANDALL McPHERSON,

                Plaintiff,

     -against-

THE CITY OF NEW YORK,

                Defendants.
------------------------------------------------------X

ECF

07 CV-7426 (RMB)(FM)

NOTICE OF VOLUNTARY
DISMISSAL PURSUANT
TO RULE 41(a)(1)(i)

**PLEASE TAKE NOTICE** that no answer by any adverse party or motion for summary judgment having been filed, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure the captioned action be and hereby is dismissed.

Dated: New York, New York
         August 23, 2007

> THE COURT'S ORDER OF DISCONTINUANCE, DATED AUGUST 30, 2007, IS HEREBY VACATED AND SUPERSEDED BY THIS ORDER.

FRIEDMAN & JAMES LLP
Attorneys for Plaintiff

By: _/s/ Bernard D. Friedman_
Bernard D. Friedman (BF-9219)
132 Nassau Street, Suite 900
New York, New York 10038
(212) 233-9385

SO ORDERED:

_Richard M. Berman_
U.S.D.J.    8/30/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/07